PHILIP J. TRENCHAK, ESQ.
Nevada State Bar No. 9924
Mullins & Trenchak, Attorneys at Law
1614 S. Maryland Parkway
Las Vegas, Nevada 89104
P: (702) 778-9444
F: (702) 778-9449
E: phil@mullinstrenchak.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MANDI BINNINGER, an individual,<br><br>         Plaintiff,<br><br>vs.<br><br>WBF MCDONALD'S MANAGEMENT LLC, a foreign limited-liability company, doing business as MCDONALD'S DOES 1-100, inclusive,<br><br>         Defendants. | CASE NO.: 2:20-cv-02262-JCM-DJA<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

   COMES NOW, Plaintiff MANDI BINNINGER, an individual ("Plaintiff") and Defendant WBF MCDONALD'S MANAGEMENT LLC. ("Defendant"), and hereby stipulate and agree dismiss this action with prejudice,

///

///

///

1

with each party to bear their own attorney's fees.

Dated this 27th day of July, 2021.

| | |
|---|---|
| **MULLINS & TRENCHAK, ATTORNEYS AT LAW** | **LIPSON NEILSON P.C** |
| /s/ Philip J. Trenchak_____ | /s/ Lisa J. Zastrow_____ |
| Philip J. Trenchak, Esq. | LISA J. ZASTROW, ESQ. |
| Nevada Bar No. 9924 | Nevada Bar No. 9727 |
| 1614 S. Maryland Pkwy. | 9900 Covington Cross Dr., Suite 120 |
| Las Vegas, NV 89104 | Las Vegas, NV 89144 |
| *Attorney for Plaintiff* | Telephone: (702) 382-1500 |
| | LZastrow@lipsonneilson.com |
| | *Attorney for Defendant* |

**ORDER**

IT IS SO ORDERED July 28, 2021.

_____
UNITED STATES DISTRICT JUDGE